UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

m2 LEASE FUNDS, LLC
Suite 140
175 North Patrick Boulevard
Brookfield, WI 53045,

                      Plaintiff,                Case No. _____

v.

**NOTICE OF REMOVAL**

McBEE FARMS, L.C.
520 North State Route 7
Independence, MO 64056

and

STEVEN A. McBEE
21625 Ridge Avenue
Gallatin, MO 64640,

                      Defendants.

---

TO:    Plaintiff m2 Lease Funds, LLC
        c/o Russell S. Long
        Davis & Kuelthau, s.c.
        111 East Kilbourn Avenue – Suite 1400
        Milwaukee, WI 53202

Defendants Steven A. McBee and McBee Farms, L.C. ("McBee Farms") hereby give notice of removal of this civil action from state court to the United States District Court for the Eastern District of Wisconsin, pursuant to 28 U.S.C. §§ 1441 and 1446, and respectfully show the Court the following:

    1.    This action was filed in the Circuit Court for Waukesha County, Wisconsin, as Case No. 20-CV-00749 on May 27, 2020, and is presently pending in that court.

2. The action is a civil action claiming money damages and seeking replevin of equipment relating to a lease agreement between McBee Farms and m2 Lease Funds, LLC ("m2"), as well as a continuing guaranty executed by Steven A. McBee.

3. The United States District Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332. Plaintiff is a Wisconsin limited liability company with its principal place of business in Brookfield, Wisconsin. Defendant Steven A. McBee is a citizen of the State of Missouri, and Defendant McBee Farms is a limited liability company formed under the laws of the State of Missouri, having its principal place of business in Independence, Missouri. The members of McBee Farms consist of Steven A. McBee and trusts established for his four sons, all of which trusts are located in Missouri and individuals are citizens of Missouri. The matter in controversy, as alleged by Plaintiff, is $136,341.74, exclusive of interest and costs.

4. The time for filing this notice of removal has not expired because 30 days have not yet expired from May 31, 2020, the date on which Defendant Steven A. McBee received a copy of the initial pleading setting forth the claim for relief on which this action is based, or from June 25, 2020, when the summons and complaint was first served on McBee Farms.

5. Venue properly rests in the United States District Court for the Eastern District of Wisconsin, as this case is being removed from the Circuit Court for Waukesha County, Wisconsin.

6. True and correct copies of all process, pleadings, and orders served on Defendants or filed in this action are attached hereto as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

7. All Defendants consent to the removal of this action to the United States District Court for the Eastern District of Wisconsin.

Dated this 30th day of June, 2020.

                WISCONSIN DEALER LAW

                *Electronically signed by Eric A. Baker*
                Eric A. Baker, State Bar No. 1043138
                30 West Mifflin Street – Suite 101
                Madison, WI 5373
                Telephone: (608) 285-9200
                eric@widealerlaw.com
                *Attorney for Defendants McBee Farms, L.C. and Steven A. McBee*